# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL BULLOCK,       :   No. 114 EM 2015

          Petitioner       :

        v.                :

COMMONWEALTH COURT OF    :
PENNSYLVANIA AND JUDGE(S)   :
AND/OR AUTHORITY OF COURT   :
DISPOSITIONS,              :

        Respondents      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.